IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONE C. ELLIS,

    Plaintiff,

v.

2 LA CO. SUPERVISORS,

    Defendant.

No. C -12-00727 EDL

**ORDER**

On March 16, 2012, the Court issued an Order granting Plaintiff's Application to Proceed In Forma Pauperis and dismissing Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court gave Plaintiff leave to amend, and required that any amended complaint be filed no later than March 30, 2012. Plaintiff did not file an amended complaint by March 30, 2012, and only contacted the Court by letter dated April 8, 2012 to explain why she had not done so. In part, Plaintiff stated that she only received the Court's Order on April 4, 2012 because she cannot regularly make the trip to her mailing address to retrieve her mail. It is unclear from Plaintiff's April 8, 2012 letter whether she would still like to amend her complaint.

Accordingly, because Plaintiff is pro se, the Court will give her one more chance to file an amended complaint in accordance with the Court's March 16, 2012 Order. Any amended complaint shall be filed no later than May 18, 2012. If an amended complaint is not filed by that date, the Court will dismiss Plaintiff's case with prejudice. The Court cautions Plaintiff that if she is going to continue to prosecute her case in this Court, and to receive correspondence from the Court, she must regularly check her mail or obtain a closer mail delivery address.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California