**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONE C. ELLIS, | No. C -12-00727 EDL |
| Plaintiff, | **ORDER DENYING EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND DISMISSING COMPLAINT** |
| v. | |
| 2 LA CO. SUPERVISORS, | |
| Defendant. | |

On March 16, 2012, the Court issued an Order granting Plaintiff's Application to Proceed In Forma Pauperis and dismissing Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court gave Plaintiff leave to amend, and required that any amended complaint be filed no later than March 30, 2012. The Court warned Plaintiff that failure to file an amended complaint by March 30, 2012 would result in dismissal of her case. Plaintiff did not file an amended complaint by March 30, 2012, and only contacted the Court by letter dated April 8, 2012 to explain why she had not done so. In part, Plaintiff stated that she only received the Court's Order on April 4, 2012 because she cannot regularly make the trip to her mailing address to retrieve her mail.

On April 20, 2012, even though Plaintiff failed to meet the court-ordered deadline to file an amended complaint, the Court issued an order granting Plaintiff an extension of time until May 18, 2012 to file an amended complaint. Again, the Court warned Plaintiff that failure to file an amended complaint by May 18, 2012 would result in dismissal of her case. On May 15, 2012, the Court received a letter from Plaintiff, dated May 5, 2012, stating that she would like to amend her complaint, but that she would need an additional four months in which to do so.

The Court has already given Plaintiff two opportunities to amend her complaint, amounting to approximately six weeks to do so. Plaintiff has not shown good cause for any additional time.

1 Accordingly, the Court denies Plaintiff's request for additional time to file an amended complaint,
2 and dismisses Plaintiff's complaint without prejudice.
3     **IT IS SO ORDERED.**

5 Dated: May 24, 2012

                        ELIZABETH D. LAPORTE
                        United States Magistrate Judge

**United States District Court**
For the Northern District of California